19-51029

April 2, 1019
Robert Headlee
Michelle Headlee
5563 Coneflower Ct
Grove City, Oh 43123

**RECEIVED**

APR – 3 2019

RICHARD JONES
CLERK OF COURT
U.S. BANKRUPTCY COURT

Dear Judge Preston,

We are writing to you concerning the Motion to Dismiss filed by Mr. Frank Pees. The months have been very difficult for our family. Our intention for filing past Chapter 13 bankruptcies was not meant to be disrespectful to the court.

In 2012 we filed a bankruptcy due to a job loss and were close to completing our plan when due to mental health issues I lost my job. I voluntarily surrendered my nursing license and have been working with the Board of Nursing to regain my licensure.

Unfortunately, in November of 2017 my mother was diagnosed with an aggressive form of ALS. It became necessary for me to become her full-time caregiver, when we filed the chapter 13 in April and then again in October, I was trying to care of my mother's declining health and manage the filing without hiring an attorney. My mother passed away in January this year, since then we have filed again with full intention of following through with all necessary paperwork and requirements. We have been trying to again navigate the process without adding to our debt by hiring an attorney.

Obviously, we will hire an attorney if It does become necessary. Our debts are not consumer debt, we have our home, a car, tax responsibilities and some physician bills. We are committed to straightening out our financial situation. Currently I am actively seeking any employment possible and my husband and I are both enrolled in college classes that are free through his fire union.

We have meant no disrespect to the court; we are asking for a chance to finish our complete filing for this Chapter 13 filed February 25th 2019.

Thank you for your time.

Sincerely,

Michelle Headlee

Cc: Frank M. Pees, Chapter 13 trustee