# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re: Robert Matthew Headlee  : Case No: 19-51029
      Michelle Renee Headlee
      Debtor(s) : Chapter 13 Judge: C KATHRYN PRESTON

   : 341 Date: 04/03/2019

## CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION

Now comes Frank M. Pees, Standing Chapter 13 Trustee, and objects to the confirmation of the plan and requests that the Court enter an Order denying confirmation for the reasons set forth below and dismissing the case, pursuant to 11 U.S.C. §1307. This objection supersedes any prior objection filed in this case by the Trustee.

Above median income __X__       Below median income _____

__X__ **11 U.S.C. §1325(a)(1)**-Plan does not comply with all provisions of Chapter 13 of Title 11 and the other applicable provisions of Title 11. **Debtors' Chapter 13 Plan was filed 4/3/19, the day of the 341 Hearing, and was not served on all creditors and parties in interest. The 341 Hearing was not held.**:

    __X__ Other: **Debtors' Chapter 13 Plan has not been served on all creditors and parties in interest.**

    __X__ **11 U.S.C. Section 1326(a)(1)**-Debtor(s) have failed to tender the following pre-confirmation payments not later than 30 days from the filing of the plan or petition (whichever is earlier): **Need Debtors' full 1st plan payment of $2200 (NOTE: 2nd pmt. is due 4/25/19).**

Pursuant to LBR 3015-2(a), amendments necessary to place the plan in a posture for confirmation must be filed at least ten (10) days prior to the hearing on confirmation set for May 23, 2019, unless Debtor(s) have entered into an Agreed Order with the Trustee and so are bound by the terms of that Order.

Therefore, the Trustee prays that confirmation is denied and this case be dismissed for cause pursuant to §1307(c).

## TERMS OF THE PLAN:

**Plan Payments: 2200/REM**

**Best Interest Dividend: 0%**     **Dividend: 0%**

**Length: 0 Months**

Dated: April 05, 2019                    Respectfully submitted,

**/s/ Frank M. Pees**
Frank M. Pees
Chapter 13 Trustee
130 East Wilson Bridge Road #200
Worthington, Ohio 43085
(614) 436-6700
trustee@ch13.org

2

CERTIFICATE OF SERVICE

    The undersigned hereby certified that on the date shown below a copy of the Trustee's Objection to Confirmation was served electronically on the Office of the United States Trustee and Debtor's attorney, and on the Debtor(s) at the address as currently shown in the Trustee's records by regular first class mail, postage prepaid.

Dated: April 05, 2019       **/s/ Frank M. Pees**
                  Frank M. Pees
                  Chapter 13 Trustee
                  130 East Wilson Bridge Road #200
                  Worthington, Ohio 43085-6300